RECEIVED
OCT 29 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBERT GRAHAM<br>LA. DOC #99451<br>VS. | CIVIL ACTION NO. 3:12-cv-2030<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 29th day of October, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE